1    JOSEPH SCHLESINGER, Bar #87692
     Acting Federal Defender
2    CHARLES J. LEE, Bar #221057
     Assistant Federal Defender
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, California  93721-2226
     Telephone: (559) 487-5561
5
     Attorneys for Defendant
6    JOAQUIN SANTOS

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11   UNITED STATES OF AMERICA, | ) | NO.   1:12-cr-0353 AWI-BAM |
| 12           Plaintiff, | ) |         1:12-cr-0322 AWI-BAM<br>        1:11-cr-0425 BAM |
| 13      v. | ) | WAIVER OF DEFENDANT'S PERSONAL |
| 14   JOAQUIN SANTOS, | ) | PRESENCE AT PRETRIAL PROCEEDINGS;<br>ORDER THEREON |
| 15          Defendant. | ) | |
| 16 | ) | |

17

18        Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Joaquin Santos, having been advised of his

19 right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence

20 on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests

21 shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the

22 Eastern District of California, the same as if Defendant were personally present, and requests that this

23 court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice

24 to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the

25 requirement of his appearance at said time and place.

26        Defendant makes this request because of the time, distance and hardship involved in travel to

27 Fresno for court appearances.  Mr. Santos is currently under Pre-Trial Supervision living at the Tule

28 River Alcoholism Program (TRAP).  Defense counsel has spoken with representatives from TRAP and

1   have been informed Mr. Santos is making good progress there.  Defense wishes to minimize the

2   disruptions to Mr. Santos' treatment at the program.

3          This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

4

5

6   DATED:    2/12/13

7                                              /s/ Joaquin Otis Santos
                                               JOAQUIN SANTOS
8

9

10  DATED:    2/12/13

11                                             /s/ Charles J. Lee
                                               CHARLES J. LEE
12                                             Assistant Federal Defender
                                               Attorneys for Defendant
13                                             Joaquin Santos

14

15

16                            **O R D E R**

17         GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be

18  waived at any and all non-substantive pretrial proceedings until further order.

19         IT IS SO ORDERED.

20  **Dated:    February 14, 2013**              **/s/ Barbara A. McAuliffe**
                                               UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

Waiver of Defendant's Personal Presence;
[Proposed] Order Thereon                    −2−