1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   JANET BATEMAN, Bar #241210
3  Assistant Federal Defenders
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  JOAQUIN OTIS SANTOS

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. 1:12-cr-00353 AWI-BAM and
                                    )   No. 1:11-cr-00425
12              *Plaintiff,*        )
                                    )   STIPULATION AND
13                                  )   ORDER TO VACATE 4/14/2014 MOTION
        v.                          )   HEARING AND SCHEDULE STATUS
14                                  )   CONFERENCE ON MARCH 24, 2014
                                    )
15 JOAQUIN OTIS SANTOS              )   DATE:      March 24, 2014
                                    )   TIME:      1:00 p.m.
16              *Defendant.*        )   JUDGE:     Hon. Barbara A. McAuliffe
   _____)

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto through their

19 respective counsel that the motion hearing currently scheduled for April 14, 2014, **be vacated**

20 **and a Status Conference be scheduled for March 24, 2014 at 1:00 p.m. with Hon.**

21 **Magistrate Judge Barbara A. McAuliffe.**

22      This stipulation is entered into because parties are attempting to reach a resolution in

23 these cases.

24      The parties agree that any delay resulting from this request shall be excluded in the

25 interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D),

26 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

27 //

28 //

BENJAMIN B. WAGNER
United States Attorney

DATED:  February 21, 2014          By      /s/ Laurel Montoya
                                           LAUREL MONTOYA
                                           Assistant United States Attorney
                                           Attorney for Plaintiff


                                           HEATHER E. WILLIAMS
                                           FEDERAL DEFENDER


DATED:  February 21, 2014          By      /s/ Janet Bateman
                                           JANET BATEMAN
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           JOAQUIN OTIS SANTOS


## ORDER

The status conferences currently scheduled for April 14, 2014 before Judge Ishii is Vacated and a Status Conference is scheduled for March 24, 2014 at 1:00 p.m. before Judge McAuliffe.   It is also ordered that all pending and future hearings and attendant filing dates are taken off calendar.

The delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **February 24, 2014**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE