HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
JANET BATEMAN, Bar #241210
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Joaquin Santos

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:11-cr-00425-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE VIOLATION OF PROBATION |
| vs. | DATE:    January 26, 2015 |
| JOAQUIN SANTOS, | TIME:    10:00 a.m. |
| Defendant. | JUDGE: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status hearing in the above-captioned matter now set for November 17, 2014, may be continued to January 26, 2015 at 10:00 a.m.

This case is calendared for a violation of misdemeanor probation.  The parties anticipate this violation will be resolved once Mr. Santos is sentenced on his felony matter in case 1:12-cr-0353 AWI-BAM. We would request this case trail the main felony case.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: November 5, 2014           /s/ Laurel J. Montoya
                                  LAUREL J. MONTOYA
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


                                  HEATHER E. WILLIAMS
                                  Federal Defender

DATED: November 5, 2014           /s/ Charles J. Lee
                                  CHARLES J. LEE
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JOAQUIN SANTOS


**O R D E R**

IT IS SO ORDERED.

Dated:   November 5, 2014         _____
                                  SENIOR DISTRICT JUDGE